UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| KEVIN CHANDLER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 1:17-cv-04152-TWP-DML |
| RON NEAL, | ) | |
| Respondent. | ) | |

**Order Transferring Action to Northern District of Indiana**

Petitioner commenced this habeas corpus action challenging a prison disciplinary proceeding at the Indiana State Prison in LaPorte County, Indiana. A petition for a writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court,* 410 U.S. 484, 497 (1973).

Petitioner is presently confined in the Indiana State Prison, and the disciplinary action he challenges occurred there. Accordingly this action is now **TRANSFERRED** to the United States District Court for the Northern District of Indiana at South Bend, Indiana.

**IT IS SO ORDERED.**

Date: 11/14/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KEVIN CHANDLER
138734
INDIANA STATE PRISON Inmate Mail/Parcels
One Park Row
MICHIGAN CITY, IN 46360